UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. JEREMIAH MAHONEY,<br><br>    Plaintiff,<br><br>            v.<br><br>SHAUN DONOVAN, Secretary of U.S. Department of Housing and Urban Development, et al.,<br><br>    Defendants. | Civil Action No.  10-1703 (JEB) |

### ORDER

Upon consideration of Defendants' Motion to Dismiss and Alternative Motion for Partial Summary Judgment and for the reasons stated in the accompanying Memorandum Opinion issued on this date, the Court hereby **ORDERS** that:

1. Defendants' Motion to Dismiss and Alternative Motion for Partial Summary Judgment are **GRANTED**;

2. The case is **DISMISSED WITH PREJUDICE**; and

3. Judgment is **ENTERED** for Defendants.

**SO ORDERED.**

                                                   /s/ *James E. Boasberg*
                                                   JAMES E. BOASBERG
                                                   United States District Judge

Date:  November 14, 2011